# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 1, 2017

## NO. 03-17-00086-CV

**Stanley Asher Wigley, Appellant**

**v.**

**Shannon Medical Center a/k/a Shannon West Texas Memorial Hospital;
and Emmette Flynn, M.D., Appellees**

## APPEAL FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
### BEFORE JUSTICES PURYEAR, FIELD, AND BOURLAND
### AFFIRMED -- OPINION BY JUSTICE FIELD

This is an appeal from the final judgment rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.